No. 5,785.—STATE, RESPONDENT, *v.* GEORGE KALVICK,
APPELLANT.

*Appeal from District Court, Missoula County; Asa L. Duncan, Judge.*

Decided December 21, 1926.

PER CURIAM.—It appearing to the court that the transcript on appeal in this action was filed with the clerk of this court on July 11, 1925, and that no brief has ever been filed by the appellant, it is ordered that the judgment be and the same is hereby affirmed.

*Mr. L. A. Foot,* Attorney General, for the State.